# EXHIBIT B



| Eclipse Home | Eclipse Podcast | Eclipse Traffic | Eclipse Events | Eclipse Safety | Eclipse 101 |

Widget not in any sidebars

« All Events

This event has passed.

## Children Activity – Prep For Total Solar Eclipse

June 21, 2017 @ 1:00 pm - 2:30 pm

Idaho Falls Public Library will provide an activity for children to attend specifically centered around the solar eclipse. All attendees will receive a pair of eclipse glasses!

+ GOOGLE CALENDAR   + ICAL EXPORT

**Details**
Date: June 21, 2017
Time: 1:00 pm - 2:30 pm
Event Category: Eclipse
Event Tags: activity, children, eclipse, eclipse 2017, eclipse glasses, idaho falls, library, public

**Venue**
Idaho Falls Public Library
457 Broadway
Idaho Falls, ID 83402 United States
+ Google Map

« Camping Fundraiser Hosted By Ririe Football Team                 50 Cent Classic Movies »

ACTIVITY  CHILDREN  ECLIPSE  ECLIPSE 2017  ECLIPSE GLASSES  IDAHO FALLS  LIBRARY  PUBLIC

« PREVIOUS
Prep for August 21st Total Solar Eclipse

NEXT »
Planetarium Shows

### RELATED ARTICLES

Members of LDS Church celebrate and rededicate Idaho Falls LDS Temple

INTERVIEW: Representative Jeff Thompson talks about re-election campaign

Local veteran groups: "A chance to honor our brothers and sisters"

**OUR STATIONS**
KID Newsradio
96.1 & 102.1 The Wolf
Star 98
Classic Rock 94.9 & 104.5

**LINKS**
FOX News
CNN
MSNBC
The Blaze