AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-1262-KLM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rich Broadcasting, LLC
was received by me on *(date)* 05/08/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dana Wade, who is designated by law to accept service of process on behalf of *(name of organization)* Rich Broadcasting, LLC on *(date)* 05/11/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 05/14/2020

*Server's signature*

MERRILEE JORGENSEN
*Printed name and title*

BULLDOG LEGAL SUPPORT
PO BOX 176
BLACKFOOT, ID 83221
*Server's address*

Additional information regarding attempted service, etc:
SERVICE WAS EFFECTED AT
36 N PINE ST.
PARKER, ID 83438