**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No: 1:20-cv-01262-KLM

Ryuunosuke Takeshige,

        Plaintiff,

        -against-

Rich Broadcasting, LLC,

        Defendant.

**REQUEST FOR CLERK'S CERTIFICATE OF ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1 Ryuunosuke Takeshige ("Plaintiff") hereby requests a Clerk's certificate of entry of default against Rich Broadcasting, LLC. In support of this request, Plaintiff affirms that the party against whom the judgment is sought:

1. is not an infant or incompetent person;
2. is not in the military service;
3. was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;
4. has defaulted in appearance in the above captioned action

Dated: August 19, 2020

        **BARSHAY SANDERS, PLLC**

        By:   /s *Craig B. Sanders*
        Craig B. Sanders
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel. (516) 203-7600
        Email: *csanders@BarshaySanders.com*
        Our File No: 119549
        *Attorneys for Plaintiff*

Barshay Sanders PLLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No: 1:20-cv-01262-KLM

Ryuunosuke Takeshige,

          Plaintiff,

        -against-

Rich Broadcasting, LLC,

          Defendant.



**DECLARATION IN SUPPORT OF REQUEST FOR
CLERK'S CERTIFICATE OF ENTRY OF DEFAULT**

Craig B. Sanders, declares and says:

1. The summons in this matter was issued on May 5, 2020 (Dkt 1) against Rich Broadcasting, LLC and was served on Rich Broadcasting, LLC on May 11, 2020 (Dkt 17). The affidavit of service and returned summons were filed on August 20, 2020 (Id). No answer or motion has been received within the time limit set by the Federal Rules of Civil Procedure or otherwise set by the Court.

2. Rich Broadcasting, LLC is not an infant or incompetent person, is not in the military service, was properly served under Fed. R. Civ. P. 4 with proof of service having been filed with the court and has defaulted in appearance in the above captioned action.

Dated: August 19, 2020

        **BARSHAY SANDERS, PLLC**
        By: ___/s *Craig B. Sanders*___
        Craig B. Sanders, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel. (516) 203-7600
        Email: *csanders@BarshaySanders.com*
        *Attorneys for Plaintiff*