IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01262-KLM

RYUUNOSUKE TAKESHIGE,

    Plaintiff,

v.

RICH BROADCASTING LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Clerk of Court's **Entry of Default** [#19], entered on August 20, 2020, against the only Defendant in this case.

    IT IS HEREBY **ORDERED** that, **no later than September 21, 2020**, Plaintiff shall filed either (1) a motion for default judgment pursuant to Fed. R. Civ. P. 55(b), or (2) dismissal papers.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 14, 2020, at 11:00 a.m. is **VACATED**.

    Dated:  August 21, 2020