IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Docket No. 1:20-cv-01262-KLM

RYUUNOSUKE TAKESHIGE

    Plainitff

v.

RICH BROADCASTING LLC

    Defendant.

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE, upon the Declaration of Craig Sanders, sworn to the 5th of October, 2020 and the exhibits annexed thereto, and upon all prior papers and proceedings filed herein, Plaintiff intends to move the Court for an entry of default judgment against defendant Rich Broadcasting LLC ("Defendant") at the United States Courthouse, 901 19th Street, Denver, CO 80294, at a time and place to be set by the Court, pursuant to Rule 55(b) of the Federal Rules for the following relief:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

2. Ordering Defendant to pay $1,500.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Ordering Defendant to pay $440.00 in costs pursuant to Fed.R.Civ.P. 54(d);

4. Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

      6.      Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that service of a copy of this Order and annexed declarations, papers and exhibits upon Defendant be made at Defendant's last known business address via U.S. mail.

Dated: October 5, 2020
      Garden City, New York

      Respectfully Submitted:

*/s Craig B. Sanders*
By: Craig Benjamin Sanders
BARSHAY SANDERS
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(516) 282-7878
csanders@barshaysanders.com
*Counsel for Plaintiff*