# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

RYUUNOSUKE TAKESHIGE,

                Plaintiff,

- against -

RICH BROADCASTING LLC

                Defendant.

Docket No. 1:20-cv-1262

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Ryuunosuke Takeshige ("Takeshige" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Rich Broadcasting LLC ("Rich Broadcasting") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a solar eclipse, owned and registered by Takeshige, a professional photographer. Accordingly, Takeshige seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant transacts business in Colorado.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Takeshige is a professional photographer in the business of licensing his photographs for a fee having a usual place of business at 6-22-19 Nakanojo, Sakaki-machi Hanishuna-gun, Nagano 389-0602 Japan.

6. Upon information and belief, Rich Broadcasting is a limited liability company with a place of business at 1406 Commerce Way, Idaho Falls, Idaho 83401. At all times material hereto, Rich Broadcasting has owned and operated a website at the URL: www.590Kid.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Takeshige photographed a solar eclipse (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Takeshige is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-166-421.

### B. Defendant's Infringing Activities

10. Defendant ran an article on the Website entitled *Children Activity- Prep for Total Solar Eclipse*. See: http://590kid.com/wp-content/uploads/2017/06/Solar-Eclipse-2017-Information-1.png. The article featured the Photograph. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

Case 1:20-cv-06262-WJM Document 1 Filed 03/05/20 USDC Colorado Page 4 of 9
pg 4 of 9

11. Defendant did not license the Photograph from Plaintiff for its article, nor did Defendant have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Defendant infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Defendant are not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant' profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant' profits, gains or advantages of any kind attributable to Defendant' infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
May 5, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Ryuunosuke Takeshige*

# EXHIBIT A



# EXHIBIT B

