# EXHIBIT B

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-CV-1262-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Rich Broadcasting, LLC

was received by me on *(date)*  05/08/2020  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Dana Wade  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Rich Broadcasting, LLC

on *(date)*  05/11/2020  ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $  75.00  for travel and $ _____ for services, for a total of $  75.00  .


I declare under penalty of perjury that this information is true.


Date:  05/14/2020

*Server's signature*

MERRILEE JORGENSEN
*Printed name and title*

BULLDOG LEGAL SUPPORT
PO BOX 176
BLACKFOOT, ID 83221
*Server's address*

Additional information regarding attempted service, etc:

SERVICE WAS EFFECTED AT
36 N PINE ST.
PARKER, ID 83438