# EXHIBIT D




