IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01262-KLM

RYUUNOSUKE TAKESHIGE,

    Plaintiff,

v.

RICH BROADCASTING LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte.  This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c).  Although a signed Consent/Non-Consent Form has not yet been filed, Plaintiff has filed a Motion for Default Judgment [#26].  *See* D.C.COLO.LCivR 40.1(c)(3)(a) (mandating reassignment from a magistrate judge to a district judge in actions in which a motion for default judgment is filed).  Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(3)(a) and D.C.COLO.LCivR 40.1(a).

    Dated:  October 6, 2020