**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1262-WJM-KLM

RYUUNOSUKE TAKESHIGE,

    Plaintiff,

v.

RICH BROADCASTING LLC,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Plaintiff's Motion for Default Judgment [ECF 33] entered by United States District Judge William J. Martínez on June 9, 2021, it is

ORDERED Plaintiff's Motion for Default Judgment [ECF 26], is denied. It is further

ORDERED Plaintiff's Complaint [ECF 1] is dismissed without prejudice. It is further

ORDERED parties shall bear their own fees and costs.

This case is closed.

DATED at Denver, Colorado, this 10 day of June, 2021.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: <u>s/A. Frank</u>
A. Frank
Deputy Clerk